IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYNTHIA HEYMAN | * | |
| Plaintiff | * | |
| v. | * | Case No. AMD 01-160 |
| CONOPCO, INC., t/a LIPTON, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate that Plaintiff, Cynthia Heyman, hereby dismisses with prejudice her claim against Defendant, Conopco, Inc.

_____
David C. Weaver, Esquire #7094
Ruble & Weaver, P.A.
100 West Church Street
Frederick, Maryland 21701
(301) 698-5000
Attorney for Plaintiff

_____
Mary Pivec, Esquire
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 452-4886
Attorney for Defendant

APPROVED
[signature]
4/16/2001